UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Synergy Marketing, Inc.,

Plaintiff,

v.

Home Products International, a/k/a Home Products International-North America, Inc., Selfix, Inc., and Tamor Corporation,

Defendants.

COURT FILE NO. 00-796-JRT/FLN

**STIPULATION AND ORDER TO EXTEND PRETRIAL SCHEDULE**

The parties to this litigation had previously agreed to a conservative discovery and dispositive motion deadline, in that it was their belief that this matter would likely be resolved by cross-motions for summary judgment. The parties still believe that such motions will likely resolve this matter, but request an extension of the dispositive motion deadline as well as a limited reopening of discovery because of the anticipated failure of a key witness to cooperate in supplying an affidavit to both sides for use in their Motion for Summary Judgment. The parties submit this request by Stipulation and Order, but will file a formal motion if requested by the Court.

The specific circumstances surrounding Defendants' request are more fully explained in the Affidavit of Irv Geslewitz. The anticipated affiant, Bert Plaumann, is a former officer of Defendant Tamor Corporation who had certain discussions with Plaintiff's principal regarding matters at the heart of this litigation. Mr. Plaumann had frequently told Defendants that he would cooperate in supplying an affidavit, but has recently stopped communicating with Defendants' counsel. Mr. Plaumann had also been in contact with Plaintiff's counsel, and

FILED ____________
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

373749/1

Defendants are informed that he has stopped speaking to him as well. It thus appears that the important testimony of Mr. Plaumann can only be obtained by formal process.

Mr. Plaumann's testimony is crucial to Defendants' motion for summary judgment. Under the circumstances, the parties submit that this stipulation satisfies both the "good cause" and the "extraordinary circumstances" standards of L.R. 16.3. Therefore, they request that the Court extend the pretrail schedule as follows:

1. Discovery

   a) Discovery is reopened for thirty (30) days from the date of this Stipulation and Order for the limited purpose of securing the testimony of Bart Plaumann.

2. Dispositive Motions

   a) All dispositive motions shall be filed and scheduled for hearing prior to 12/11/00.

Dated: 10/20, 2000.

MOSS & BARNETT
A Professional Association

By [signature]
Philip J. Young, #283368
4800 Norwest Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANTS**

PARSINEN KAPLAN LEVY ROSBERG & GOTLIEF, P.A.

By______________________________
Brian R. Martens, #136761
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
Telephone: (612) 333-2111

**ATTORNEYS FOR PLAINTIFF**

**IT IS SO ORDERED:**

Dated: __11/3__________, 2000.

______________________________
Honorable Franklin L. Noel