UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Synergy Marketing, Inc.,

Plaintiff,

v.

Home Products International, a/k/a Home Products International-North America, Inc., Selfix, Inc., and Tamor Corporation,

Defendants.

COURT FILE NO. 00-797 796 JRT/FLN

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION FILING DATE**

The parties to this litigation had previously requested an extension of the Pretrial Schedule in order to facilitate the conclusion of discovery and the preparation of dispositive motions. This Court granted the parties' relief. Now, however, the parties realize that they made a semantic error in their prior Stipulation and Order which will affect their ability to fully brief their respective motions for summary judgment.

The specific circumstances surrounding the parties' error are more fully explained in the Defendant's letter to this Court of December 11, 2000, a copy of which is attached and incorporated by reference.

By this Stipulation and Order, the parties wish to correct the error they made before and be permitted to fully brief their motions. The parties believe that their request complies with Local Rule 16.3.

Therefore, they request that the Court extend the pretrail schedule as follows:

1. Dispositive Motions

   a) All dispositive motions shall be filed and scheduled for hearing by 01/02/01.

DEC 15 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/12, 2000.

MOSS & BARNETT
A Professional Association

By______________________
Philip J. Young, #283368
4800 Norwest Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANTS**

PARSINEN KAPLAN LEVY ROSBERG & GOTLIEF, P.A.

By______________________
Brian R. Martens, #136761
100 South Fifth Street, Suite 1100
Minneapolis, MN 55402
Telephone: (612) 333-2111

**ATTORNEYS FOR PLAINTIFF**

**IT IS SO ORDERED:**

Dated: 12/14, 2000.

______________________
Honorable Franklin L. Noel