# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Synergy Marketing, Inc.

v.

Home Products International, a/k/a Home Products International-North America, Inc., Selfix, Inc. and Tamor Corporation

Case No. Civil 00-796JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's motion for summary judgment is **GRANTED**; defendants' motion for summary judgment is **DENIED** and judgment is entered against the defendants in the amount of $105,559.55.

DATE: September 6, 2001

FRANCIS E. DOSAL, CLERK

______________________________
Denise LaFond, Deputy Clerk